UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ANTHONY BRODSKI,  )
                  )
     Plaintiff,   )     3:11-cv-00206-LRH-VPC
                  )
v.                )
                  )     O R D E R
STATE OF NEVADA,  )
                  )
     Defendant.   )
_____)

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#6[1]) entered on August 22, 2011, recommending denying Plaintiff's applications to proceed *in forma pauperis* (## 1, 5), and dismissing the complaint with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on August 22, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6)

---

[1]Refers to court's docket number.

1 entered on August 22, 2011, is adopted and accepted, and Plaintiff's applications to proceed *in forma*
2 *pauperis* (## 1, 5) are DENIED.

3     IT IS FURTHER ORDERED that action is DISMISSED with prejudice as frivolous, pursuant
4 to 28 U.S. C. 1915(e)(2)(B)(I), and the Clerk of the Court shall enter judgment accordingly.

5     IT IS SO ORDERED.

6     DATED this 20th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE