UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ANTHONY BRODSKI, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00206-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| STATE OF NEVADA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#6[1]) entered on August 22, 2011, recommending denying Plaintiff's applications to proceed *in forma pauperis* (## 1, 5), and dismissing the complaint with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on August 22, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6)

---

[1] Refers to court's docket number.

entered on August 22, 2011, is adopted and accepted, and Plaintiff's applications to proceed *in forma pauperis* (## 1, 5) are DENIED.

IT IS FURTHER ORDERED that action is DISMISSED with prejudice as frivolous, pursuant to 28 U.S. C.  1915(e)(2)(B)(I), and the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 20th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE