AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\***\*\***\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ANTHONY BRODSKI,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00206-LRH-VPC**

STATE OF NEVADA,

    Defendants.

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DKT #6) is adopted and accepted, and Plaintiff's applications to proceed in forma pauperis (DKT #s 1, 5) are DENIED. This action is DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. 1915(e)(2)(B)(I).


 9/20/2011                                                    **LANCE S. WILSON**
                                                                          Clerk

                                                                    /s/ P. McDonald
                                                                      Deputy Clerk